UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| STEPHEN EHMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GINN DEVELOPMENT COMPANY, LLC, *et al*., <br><br> Defendants. | Civil Action No.: 2:12-cv-295-FtM-29DNF |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Robert Frankowiak, Stephen Ehman, Luis De Cespedes, Monty Schwartz, Stephen Grant, and Sylvia Thompson hereby give notice that, pursuant to Rule 41(a)(1)(A) and Rule 23(e) of the Federal Rules of Civil Procedure, this action is voluntarily dismissed without prejudice as to all Defendants.  To date, no class has been certified in this action and a motion for class certification of the same is not pending before this Honorable Court.  FED.R.CIV.P. 23(e).  Further, to date, none of the adverse parties have served an answer or a motion for summary judgment upon the Plaintiffs.  FED.R.CIV.P. 41(a)(1)(A)(i).

    Respectfully submitted,

*/s/ Kenneth G. Gilman*
Kenneth G. Gilman
Florida Bar No. 0340758
GILMAN LAW LLP
3301 Bonita Beach Road, Suite 307
Bonita Springs, FL  34134
Telephone (239) 221-8301
Facsimile (239) 676-8224
kgilman@gilmanpastor.com

*Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this  7th  day of September, 2012, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

             */s/ Kenneth G. Gilman*
             Kenneth G. Gilman